**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02526-REB-CBS

In Re: Assignment from William H. Brosseau

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#34][1] filed August 31, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#34] filed August 31, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 1, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.